# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   15-0123 (RC) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF STATE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

As stated orally during the status hearing held on April 8, 2015, it is hereby **ORDERED** that a status conference shall be held on May 19, 2015, at 9:00 AM in Courtroom 14.

It is **FURTHER ORDERED** that prior to the hearing, the parties shall meet and confer to discuss the possible narrowing of Plaintiff's Freedom of Information Act ("FOIA") request. If the parties are unable to reach an agreement regarding the breadth of Plaintiff's request, they shall present a proposed summary judgment briefing schedule at the hearing on May 19.

It is **FURTHER ORDERED** that at or before the May 19 status hearing, Defendant shall provide a proposed schedule of production for Secretary Clinton's e-mails.

**SO ORDERED**.

Dated:  April 28, 2015                                                                              RUDOLPH CONTRERAS
                                                                                                              United States District Judge