UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD,

    *Plaintiff,*

    v.

U.S. DEPARTMENT OF STATE,

    *Defendant.*

Civil Action No. 15-cv-123 (RC)

## ORDER

The parties having reached agreement as to the narrowing of Plaintiff's FOIA request, it is this 27th day of May, 2015:

**ORDERED** that the parties shall engage in discussions to develop machine-searchable terms reasonably calculated to discover records responsive to the following descriptions of topics provided to Defendant by Plaintiff:

(1.)    "The CIA torture or 'enhanced interrogation' program including, but not limited to the use of the technique commonly called 'waterboarding', as well as CIA foreign prisons, detention facilities, and black sites run or used by the CIA to hold detainees or other persons detained by or on behalf of the U.S. government or any subdivision thereof";

(2.)    "Use of a private email account, or private email server or FOIA or Privacy Act limitations by any employee within the State Department including but not limited to Secretary Clinton"; and

(3.)    "[Palestinian] statehood, the Gaza flotilla, Israeli raids in Gaza, and/or human rights issues in Palestinian territory."

The parties shall file with the Court no later than June 18, 2015 a report informing the Court of the status of these discussions. It is further

**ORDERED** that Plaintiff's FOIA request ("the Narrowed FOIA Request") is limited to:

(1.) All records provided to the Department of State by former Secretary of State Clinton as described in Paragraph 10 of the Declaration of John F. Hackett (ECF No. 12-1); and

(2.) All records from the files of former Secretary Clinton, Philippe Reines, Huma Abedin, Cheryl Mills, each person who served as the Counselor to the Secretary from January 21, 2009 to February 1, 2013, and each person who served as a Deputy Secretary of State (both (D) and (D-MR)) from January 21, 2009, to February 1, 2013, that are regarding or related to the following topics:

    (a.) The topics listed above, using search terms mutually agreed to by the parties;

    (b.) Boko Haram;

    (c.) Wikileaks, including Julian Assange and Chelsea (aka Bradley) Manning;

    (d.) Occupy Wall Street;

    (e.) Rendition of Abu Omar;

    (f.) "High Value Interrogation Group";

    (g.) Efforts to capture or kill Osama Bin Laden;

    (h.) The Bagram and Parwan facilities; and

    (i.) Keystone Pipeline.

It is further

**ORDERED** that Defendant shall begin conducting searches for records responsive to part (2) of the Narrowed FOIA Request by not later than June 1, 2015, and shall produce the first rolling production of non-exempt portions of responsive records subject to the FOIA by no later than September 1, 2015. The search for and production of records responsive to part (1) of the Narrowed FOIA Request shall be addressed by a separate order of this Court. It is further

**ORDERED** that the parties shall confer regarding the schedule for subsequent rolling productions of records responsive to part (2) of the Narrowed FOIA Request. On or before

September 8, 2015, the parties shall submit a joint status report informing the Court (i) whether they have reached agreement regarding the schedule for subsequent rolling productions of records responsive to part (2) of the Narrowed FOIA Request; (ii) if they have reached agreement, the details of that schedule; and (iii) if they have not reached agreement, each party's position and a proposal for resolving the issue.

_____
Rudolph Contreras, United States District Judge