## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JASON LEOPOLD, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 15-0123 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 13, 14 |
| | : | | |
| U.S. DEPARTMENT OF STATE, | : | | |
| | : | | |
| Defendant. | : | | |

## **ORDER**

Upon consideration of Defendant's Notice (ECF No. 13) as it pertains to the production of the non-exempt portions of records subject to FOIA contained in approximately 55,000 pages of emails provided to the Department of State by former Secretary of State Clinton ("the emails), and having considered Plaintiff's response thereto (ECF No. 14), it is hereby **ORDERED** that on or before January 29, 2016, Defendant shall produce all of the non-exempt portions of the emails by posting them on Defendant's FOIA website, via rolling productions beginning on June 30, 2015, and continuing every 30 days thereafter.

It is **FURTHER ORDERED** that Defendant shall aspire to abide by the following production schedule:

| Date | Pages Completed Per Production | Cumulative Pages Completed |
|---|---|---|
| 06/30/2015 | 7% | 7% |
| 07/31/2015 | 8% | 15% |
| 08/31/2015 | 10% | 25% |
| 09/30/2015 | 12% | 37% |
| 10/30/2015 | 14% | 51% |

| | | |
|---|---|---|
| 11/30/2015 | 15% | 66% |
| 12/31/2015 | 16% | 82% |
| 01/29/2016 | 18% | 100% |

It is **FURTHER ORDERED** that within one week after each production, Defendant shall provide a status report informing the Court of the number of pages of emails produced.  If, in any given month, the Defendant fails to meet the above-referenced production goal, it shall explain in detail in its status report how it intends to catch up with the schedule by adding resources or otherwise.

**SO ORDERED**.

Dated:  May 27, 2015                                                                    RUDOLPH CONTRERAS
                                                                                                         United States District Judge