UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>    *Plaintiff*,<br><br>          v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    *Defendant*. | Civil Action No. 15-cv-123 (RC) |

**JOINT STATUS REPORT REGARDING
PARTIES' DISCUSSIONS OF SEARCH TERMS**

The parties, by undersigned counsel, respectfully submit this joint status report regarding their discussions of search terms in response to the Court's Order of June 19, 2015:

1.    Plaintiff Jason Leopold initiated this Freedom of Information Act ("FOIA") lawsuit against Defendant U.S. Department of State on January 25, 2015.  (ECF No. 1).  The Department of State answered the complaint on March 2, 2015.  (ECF No. 7).

2.    The parties have engaged in extensive discussion to narrow the scope of the initial FOIA request.  These discussions resulted in the Court's adoption of the parties' proposed order (ECF No. 16) that, among other things, limited the FOIA request (the "Narrowed FOIA Request") to (1) all records provided to the Department of State by former Secretary of State Clinton as described in Paragraph 10 of the Declaration of John F. Hackett (ECF No. 12-1), and (2) all records from the files of several named former State Department officials related to 11 enumerated topics.

3.    Because the parties had not yet reached agreement regarding the searches for three topics in part (2) of the Narrowed FOIA Request, the Court ordered the parties to "engage

in discussions to develop machine-searchable terms reasonably calculated to discover records responsive" to those topics and to file a status report regarding those discussions by June 18, 2015.

      4.      In their joint status report of June 18 (ECF No. 19), the parties reported that they had made significant progress towards reaching agreement and continued to engage in fruitful discussion.  Upon consideration of this status report, the Court issued a minute order on June 19, 2015, requiring the parties to file a further status report on July 20, 2015.

      5.      The parties have made significant further progress.  They have reached agreement regarding search terms for two of the three topics discussed in paragraph 3, *supra*, and have narrowed the areas under discussion with respect to the remaining topic.  The parties continue to engage in fruitful discussions.  The parties therefore respectfully propose that they file with the Court no later than August 20, 2015 a report informing the Court of the status of these discussions.

| | |
|---|---|
| Date: July 20, 2015 | Respectfully submitted, |
| | |
| */s/ Ryan S. James* | BENJAMIN C. MIZER |
| RYAN S. JAMES | Principal Deputy Assistant Attorney General |
| D.C. Bar #496272 | |
| 5208 Capricorn Loop | MARCIA BERMAN |
| Killeen, TX 76542 | Assistant Branch Director |
| (254) 289-7459 | |
| RSJamesLaw@gmail.com | */s/ Robert J. Prince* |
| | ROBERT J. PRINCE (D.C. Bar No. 975545) |
| JEFFREY L. LIGHT | United States Department of Justice |
| D.C. Bar #485360 | Civil Division, Federal Programs Branch |
| 1712 Eye St., NW | 20 Massachusetts Ave., N.W. |
| Suite 915 | Washington, DC 20530 |
| Washington, DC 20006 | Tel: (202) 305-3654 |
| (202) 277-6213 | robert.prince@usdoj.gov |
| Jeffrey.Light@yahoo.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |