UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD,

    *Plaintiff*,

        v.

U.S. DEPARTMENT OF STATE,

    *Defendant*.

Civil Action No. 15-cv-123 (RC)

**DEFENDANT'S STATUS REPORT REGARDING
RELEASE OF RECORDS ON OCTOBER 30, 2015**

Defendant U.S. Department of State ("State"), in response to the Court's Order of May 27, 2015 (ECF No. 17) ("Scheduling Order"), respectfully submits this status report regarding its release of the non-exempt portions of records subject to FOIA contained in the emails provided to State by former Secretary of State Clinton:

1.    In December 2014, State received 53,988 pages of documents consisting of emails and attachments to emails from former Secretary Clinton.  In consultation with the National Archives and Records Administration, State identified approximately 1,533[1] pages of those documents as entirely personal correspondence, that is, documents that are not federal records and thus that are not subject to the FOIA, leaving a total of approximately 52,455[2] pages remaining to be reviewed and released.

2.    The Court ordered State to aspire to produce certain percentages of cumulative pages of former Secretary Clinton's emails each month, and to file a status report within a week

---

[1] This number has a margin of error of about plus or minus four pages.  That difference does not affect the percentage provided below.

[2] This number has the same plus-or-minus-four-page margin of error as the number of pages of entirely personal correspondence.  Again, this has no effect on the percentage provided below.

of each monthly production reporting on the number of pages produced.  The production goal for September 2015 is 51% of the total number of pages to be reviewed.  Scheduling Order at 1-2.

3.   On October 7, 2015, State reported to the Court that it had posted 19,569 pages, or 37.3% of the total number of pages to be reviewed, as of September 30, 2015.  *See* Def.'s Status Report ¶ 4 (ECF No. 38).  State had posted an additional page; that number should have been reported as 19,570 pages as of September 30, 2015.

4.   On October 30, 2015, State posted on its FOIA web site 7,231 additional pages of documents from the collection provided by former Secretary Clinton, bringing the cumulative total of posted pages to 26,801.  This amounts to 51.1% of the total number of pages to be reviewed, which is slightly more than the goal for October 30 set by the Court.[3]

5.   The documents that were released on October 30 may be viewed at the following URL:

https://foia.state.gov/Search/Results.aspx?collection=Clinton_Email_October_Release

---

[3] State posted a total of 7,269 pages on October 30.  This number includes 38 pages of documents that were also included in the May 22 release and 7,231 pages that were posted for the first time on October 30.  The 38 pages that had been previously posted are not included in the calculation of the 51.1% cumulative progress number.

Date: November 6, 2015              Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Robert J. Prince*
ROBERT J. PRINCE (D.C. Bar No. 975545)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305-3654
robert.prince@usdoj.gov

*Counsel for Defendant*