# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JASON LEOPOLD, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 15-0123 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 41 |
| | : | | |
| U.S. DEPARTMENT OF STATE, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

Upon consideration of the Parties' Joint Status Report regarding the Production Schedule for Records Other than Emails of Former Secretary Clinton (ECF No. 41), and as stated on the record at the November 10, 2015 status conference, it is hereby **ORDERED** that:

1. Searches for potentially responsive records shall be completed on or before December 31, 2015;

2. Because the searches are still underway, Defendant shall complete the review of documents concerning the "Occupy Wall Street" topic that have already been identified;

3. After completing its review of documents concerning the "Occupy Wall Street" topic, Defendant shall review documents according to the priority list provided by Plaintiff;

4. The first monthly production shall occur on December 1, 2015;

5. Defendant shall review 700 unique pages for releasability for the first monthly production due on December 1, 2015; and

6. A schedule for subsequent monthly productions will be forthcoming from the Court.

It is **FURTHER ORDERED** that on or before December 8, 2015, Defendant shall file a status report informing the Court of the number of pages of emails produced pursuant to the first monthly production. If the Defendant fails to meet the 700 page production goal, it shall explain in detail in its status report how it intends to catch up with the schedule by adding resources or otherwise.

It is **FURTHER ORDERED** that on or before December 14, 2015, Defendant shall file an update to the status report it filed on October 13, 2015 (ECF No. 39) regarding the status of the Defendant's efforts to solicit volunteers to be temporarily assigned to the Department of State's Office of Information Programs and Services to assist in responding to this and other FOIA-related requests.

**SO ORDERED**.

Dated: November 10, 2015                           RUDOLPH CONTRERAS
                                                   United States District Judge