UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *Plaintiff*, v. U.S. DEPARTMENT OF STATE, *Defendant*. | Civil Action No. 15-cv-123 (RC) |

**DEFENDANT'S STATUS REPORT REGARDING RELEASES
OF RECORDS ON NOVEMBER 30 AND DECEMBER 1, 2015**

Defendant U.S. Department of State ("State"), in response to the Court's Orders of May 27, 2015 (ECF No. 17) ("Scheduling Order re Clinton Emails") and of November 20, 2015 (ECF No. 44) ("Scheduling Order re Other Records"), respectfully submits this status report regarding (1) its release of the non-exempt portions of records subject to FOIA contained in the emails provided to State by former Secretary of State Clinton and (2) its release of the non-exempt portions of records subject to FOIA responsive to part 2 of the Narrowed FOIA Request:[1]

**RELEASE OF CLINTON EMAILS**

1.      In December 2014, State received 53,988 pages of documents consisting of emails and attachments to emails from former Secretary Clinton. In consultation with the National Archives and Records Administration, State identified approximately 1,533[2] pages of those documents as entirely personal correspondence, that is, documents that are not federal

---

[1] Part 2 of the Narrowed FOIA Request seeks all records from the files of several named former State Department officials related to 11 enumerated topics.

[2] This number has a margin of error of about plus or minus four pages. That difference does not affect the percentage provided below.

records and thus that are not subject to the FOIA, leaving a total of approximately 52,455[3] pages remaining to be reviewed and released.

2.   The Court ordered State to aspire to produce certain percentages of cumulative pages of former Secretary Clinton's emails each month, and to file a status report within a week of each monthly production reporting on the number of pages produced.  The production goal for November 2015 is 66% of the total number of pages to be reviewed.  Scheduling Order re Clinton Emails at 1-2.

3.   On November 6, 2015, State reported to the Court that it had posted 26,801 pages, or 51.1% of the total number of pages to be reviewed, as of October 30, 2015.  *See* Def.'s Status Report ¶ 4 (ECF No. 42).

4.   On November 30, 2015, State posted on its FOIA web site 7,825 additional pages of documents from the collection provided by former Secretary Clinton, bringing the cumulative total of posted pages to 34,626.  This amounts to 66% of the total number of pages to be reviewed, which meets the goal for November 30 set by the Court.[4]

5.   The documents that were released on November 30 may be viewed at the following URL:

https://foia.state.gov/Search/Results.aspx?collection=Clinton_Email_November_Release

---

[3] This number has the same plus-or-minus-four-page margin of error as the number of pages of entirely personal correspondence.  Again, this has no effect on the percentage provided below.

[4] State posted a total of 8,602 pages on November 30.  This number includes 777 pages of documents that were also included in the May 22 release and 7,825 pages that were posted for the first time on November 30.  The 777 pages that had been previously posted are not included in the calculation of the 66% cumulative progress number.

**RELEASE OF DOCUMENTS RESPONSIVE TO PART 2 OF NARROWED REQUEST**

6. The Court ordered State to aspire to review for releasability a total of 700 pages by December 1, 2015.[5]  Scheduling Order re Other Records at 1.  State met that goal and reviewed for releasability a total of 819 pages.[6]  Of these, State released to Plaintiff on December 1, 2015, in whole or in part, a total of 653 pages, determined that 166 pages were not responsive, and referred 0 pages to another agency for consultation.[7]

Date: December 7, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Robert J. Prince*
ROBERT J. PRINCE (D.C. Bar No. 975545)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305-3654
robert.prince@usdoj.gov

*Counsel for Defendant*

---

[5] In the joint section of the parties' status report of October 30, 2015, the parties stated that "Reviewed for releasability means reviewing a document and (1) determining that it is not responsive to the request; (2) referring the document to another agency for consultation; or (3) producing the document (with redactions, if appropriate) to Plaintiff." Joint Status Report of October 30, 2015 ¶ 6 (ECF No. 41).

[6] Per the Court's Order of November 10, 2015 ¶ 2 (ECF No. 43), State reviewed for releasability documents that had already been identified concerning the "Occupy Wall Street" topic.  After all such documents are reviewed, State will continue its review of documents according to the priority list that Plaintiff has provided to State.

[7] In the cover letter to the December 1 production, State mistakenly informed Plaintiff that two documents required consultation with another agency.  No documents reviewed for the December 1 production needed to be referred to other agencies for consultation.