# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, | : |
| | : |
| Plaintiff, | :    Civil Action No.:    15-0123 (RC) |
| | : |
| v. | :    Re Document No.:    49 |
| | : |
| U.S. DEPARTMENT OF STATE, | : |
| | : |
| Defendant. | : |

## ORDER

### GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO COMPLETE THE PRODUCTION OF CLINTON EMAILS

Upon consideration of Defendant's Motion for an Extension of Time to Complete the Production of Clinton Emails (ECF No. 49), the status conference held on February 9, 2016, Plaintiff's Notice in response to the Court's inquiry regarding Plaintiff's availability to review records (ECF No. 53), and Defendant's Status Report (ECF No. 54), it is hereby **ORDERED** that the remaining non-exempt portions of records subject to FOIA contained in the approximately 55,000 pages of emails provided to the Department of State by former Secretary of State Clinton shall be produced according to the following production schedule:

1. On or before **February 13, 2016**, Defendant shall post to the State Department's FOIA website the 550 documents identified in Defendant's Status Report (ECF No. 54) that have already proceeded through final, internal State Department review;

2. By close of business on **February 19, 2016**, Defendant shall post to the State Department's FOIA website all documents that have proceeded through final, internal State Department review by close of business on February 16, 2016;

3. By close of business on **February 26, 2016**, Defendant shall post to the State Department's FOIA website all documents that have proceeded through final, internal State Department review by close of business on February 23, 2016;

4. By close of business on **February 29, 2016**, Defendant shall post to the State Department's FOIA website all remaining documents; and

5. Defendant shall file a status report on **March 1, 2016**.

The Court expects that Defendant will endeavor to avoid any additional delay.

Therefore, it is **FURTHER ORDERED** that Defendant shall promptly bring any unanticipated problems to the Court's attention.

    **SO ORDERED**.

Dated: February 11, 2016                  RUDOLPH CONTRERAS
                                                                           United States District Judge