**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> *Defendant*. | Civil Action No. 15-cv-123 (RC) |

**DEFENDANT'S STATUS REPORT REGARDING RELEASES OF RECORDS**

Defendant U.S. Department of State ("State"), in response to the Court's Order of April 25, 2016 (ECF No. 64) ("Scheduling Order"), respectfully submits this status report regarding its release of the non-exempt portions of records subject to FOIA and responsive to part 2 of the Narrowed FOIA Request:[1]

1.  The Scheduling Order requires State to aspire to review a minimum of 2,200 pages on or before October 1, 2016 and, "for each document reviewed, to (1) determin[e] that it is not responsive to the request; (2) refer[ ] the document to another agency for consultation; or (3) produc[e] the document (with redactions, if appropriate) to Plaintiff." Scheduling Order at 1-2.[2]

2.  State exceeded the goal set forth in the Scheduling Order. In September 2016, State reviewed 2,512 pages and determined that all of them were non-responsive to Part 2 of the

---

[1] Part 2 of the Narrowed FOIA Request seeks all records from the files of several named former State Department officials related to 11 enumerated topics.

[2] The Court ordered State to aspire to meet monthly goals ranging from 700 pages reviewed by December 1, 2015 to as many as 2,200 pages reviewed by October 1, 2016; these monthly goals total 17,000 pages through October 1, 2016. *See* Scheduling Order at 2; Order at 1-3 (Nov. 12, 2015) (ECF No. 44).

Narrowed FOIA Request.  The documents reviewed for that production were found during a search of Huma Abedin's state.gov email account for documents potentially responsive to the "email and FOIA"[3] topic identified by Plaintiff.

4. In its previous status report, State reported that it had reviewed a total of 21,905 pages of documents potentially responsive to Part 2 of the narrowed FOIA Request.  *See* Def.'s Status Report of Sep. 8, 2016 (ECF No. 74).  Together with the documents reviewed for State's September 1 production, State has reviewed a total of 24,417 pages of documents potentially responsive to Part 2 of the Narrowed FOIA Request.

4. On September 30, 2016, the Court entered an order reflecting the parties' agreement to stay review and production of records potentially responsive to Part 2 of the Narrowed FOIA Request.  Order (ECF No. 76).  That order specified that the stay would take effect "upon entry of an order in *Leopold v. DOJ*, 15-cv-2117 (Moss, J.) requiring State to aspire to review each month a minimum of 1,850 pages of documents from the information provided to State by the FBI."  *Id.*  On October 3, 2016, Judge Moss entered such an order.  *See* Order, *Leopold v. DOJ*, 15-cv-2117 (ECF No. 26).  Accordingly, State's obligation to review records responsive to Part 2 of the Narrowed FOIA Request is now stayed.  Per the Court's order of September 30, 2016, State shall file a status report within one week of its completion of its review of records provided to it by the FBI as ordered in 15-cv-2117.

---

[3] The parties agreed to the following search terms for the "email and FOIA" topic: email server, private email, or FOIA.  Joint Status Report ¶ 7 (Aug. 20, 2015) (ECF No. 27).  The parties further agreed that responsive records for the search term "FOIA" will be limited to the following two categories of records: "[r]ecords in which any person whose records the parties have agreed will be searched attempted to reject or push back or otherwise negotiate or limit what the Department's FOIA experts determined should or would be released under the FOIA" and "[r]ecords discussing the impact or limits that use of personal or non-government email has on FOIA compliance (statutory and policy compliance)."  *Id.*

Date: October 7, 2016							Respectfully submitted,

							BENJAMIN C. MIZER
							Principal Deputy Assistant Attorney General

							MARCIA BERMAN
							Assistant Branch Director

							*/s/ Robert J. Prince*
							ROBERT J. PRINCE (D.C. Bar No. 975545)
							United States Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Ave., N.W.
							Washington, DC 20530
							Tel: (202) 305-3654
							robert.prince@usdoj.gov

							*Counsel for Defendant*