**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF STATE,<br>*Defendant*. | Civil Action No. 15-cv-123 (RC) |

**JOINT STATUS REPORT**

Plaintiff Jason Leopold and Defendant U.S. Department of State ("State"), respectfully submit this joint status report pursuant to the Court's minute order of April 25, 2017 ordering the parties to "meet, confer, and submit a joint status report":

1. This case involves a FOIA request that was, by agreement of the parties, narrowed to two parts ("Narrowed FOIA Request"). Part 1 of the Narrowed FOIA Request requires State to produce the non-exempt portions of "[a]ll records provided to the Department of State by former Secretary of State Clinton." Order at 2 (ECF No. 16). Part 2 of the Narrowed FOIA Request seeks all records from the files of several named former State Department officials related to 11 enumerated topics. *Id.*

2. On February 29, 2016, State completed its review of 52,459 pages of documents provided by former Secretary Clinton. Def.'s Status Rep. ¶ 7 (ECF No. 58). Between December 1, 2015 and October 1, 2016, State reviewed a total of 24,417 pages of documents potentially responsive to Part 2 of the Narrowed FOIA Request. *See* Def.'s Status Rep. ¶ 3 (ECF No. 77).

3. While the review of documents potentially responsive to Part 2 was ongoing, a dispute arose between the parties concerning whether documents that the Federal Bureau of

Investigation ("FBI") had provided to State must be reviewed for responsiveness to Part 1 of the Narrowed FOIA Request. Joint Status Rep. ¶ 2. After conferring, the parties agreed that a scheduling order regarding the review and production of documents from the FBI should be issued not in this case, but rather in *Leopold v. DOJ*, 15-cv-2117 (Moss, J.). In that case, Mr. Leopold seeks records the FBI retrieved from equipment obtained directly or indirectly from former Secretary Clinton that have not already been made public. *Id.* The parties further agreed that, in the interest of completing review of the documents provided by the FBI to State more quickly, State would redirect resources from the review of records potentially responsive to Part 2 of the Narrowed FOIA Request to the ongoing review in *Leopold v. DOJ*. *Id.* The parties' agreement further contemplated this Court staying State's obligations under the scheduling order regarding Part 2 of the Narrowed FOIA Request. *Id.* ¶ 3.

4. On September 30, 2016, the Court entered an order reflecting the parties' agreement. That order specified that a stay of State's obligations under the scheduling order regarding Part 2 would take effect "upon entry of an order in *Leopold v. DOJ*, 15-cv-2117 (Moss, J.) requiring State to aspire to review each month a minimum of 1,850 pages of documents from the information provided to State by the FBI." *Id.* On October 3, 2016, Judge Moss entered such an order.[1] *See* Order, *Leopold v. DOJ*, 15-cv-2117 (ECF No. 26).

---

[1] Judge Moss's order requires that, for each document reviewed, State "shall do one of the following: (1) determine that the document is not responsive to Leopold's request in this case; (2) refer the document to another agency for consultation; or (3) produce the document, with appropriate redactions, to Leopold." Order at 2, *Leopold v. DOJ*, 15-cv-2117 (ECF No. 26). This language closely parallels this Court's various orders regarding review of documents potentially responsive to Part 2 of the Narrowed FOIA Request. *See, e.g.*, Order at 1 (ECF No. 64).

Accordingly, State's obligation to review records responsive to Part 2 of the Narrowed FOIA Request are currently stayed.

5. State has consistently exceeded the 1,850 page per month goal it was ordered to aspire to meet by Judge Moss. *See* Defendant's Status Reports in *Leopold v. DOJ*, 15-cv-2117: Nov. 10, 2016 (ECF No. 30) (1,883 pages); Dec. 8, 2106 (ECF No. 31) (1,976 pages); Jan. 10, 2017 (ECF No. 32) (1,924 pages); Feb. 8, 2017 (ECF No. 33) (2,031 pages); Mar. 8, 2017 (ECF No. 35) (1,993 pages); Apr. 7, 2017 (ECF No. 36) (1,906 pages). There still remains, however, a significant number of pages left to review pursuant to the order in *Leopold v. DOJ*.

6. Per the Court's order of September 30, 2016, State will notify the Court when its review of the materials from the FBI is complete by filing a status report within one week of its completion of that review.

Date: May 3, 2016

*/s/ Ryan S. James*
RYAN S. JAMES
D.C. Bar #496272
5208 Capricorn Loop
Killeen, TX 76542
(254) 289-7459
RSJamesLaw@gmail.com

JEFFREY L. LIGHT
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 277-6213
jeffrey@lawofficeofjeffreylight.com

*Counsel for Plaintiff*

Respectfully submitted,

JOYCE R. BRANDA
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Robert J. Prince*
ROBERT J. PRINCE (D.C. Bar No. 975545)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 305-3654
robert.prince@usdoj.gov

*Counsel for Defendant*