## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD,

    *Plaintiff*,

          v.

U.S. DEPARTMENT OF STATE,

    *Defendant*.

Civil Action No. 15-cv-123 (RC)

## JOINT STATUS REPORT

Plaintiff Jason Leopold and Defendant U.S. Department of State ("State"), respectfully submit this joint status report pursuant to the Court's minute order of August 6, 2018 ordering the parties to "submit a joint status report . . . estimating when the production in *Leopold v. DOJ*, 15-cv-2117, that is relevant to this case will be completed."

## BACKGROUND

1.    This case involves a FOIA request that was, by agreement of the parties, narrowed to two parts ("Narrowed FOIA Request"). Part 1 of the Narrowed FOIA Request requires State to produce the non-exempt portions of "[a]ll records provided to the Department of State by former Secretary of State Clinton." Order at 2 (ECF No. 16). Part 2 of the Narrowed FOIA Request seeks all records from the files of several named former State Department officials related to 11 enumerated topics. *Id.*

2.    On February 29, 2016, State completed its review of 52,459 pages of documents provided by former Secretary Clinton. Def.'s Status Rep. ¶ 7 (ECF No. 58). Between December 1, 2015 and October 1, 2016, State reviewed a total of 24,417 pages of documents potentially responsive to Part 2 of the Narrowed FOIA Request. *See* Def.'s Status Rep. ¶ 3 (ECF No. 77).

3.	While the review of documents potentially responsive to Part 2 was ongoing, a dispute arose between the parties concerning whether documents that the Federal Bureau of Investigation ("FBI") had provided to State in 2016 must be reviewed for responsiveness to Part 1 of the Narrowed FOIA Request. Joint Status Rep. ¶ 2, Sep. 28, 2016 (ECF No. 75). After conferring, the parties agreed that a scheduling order regarding the review and production of documents from the FBI should be issued not in this case, but rather in *Leopold v. DOJ*, 15-cv-2117 (Moss, J.). In that case, Mr. Leopold seeks records the FBI retrieved from equipment obtained directly or indirectly from former Secretary Clinton that have not already been made public. *Id.* The parties further agreed that, in the interest of completing review of the documents provided by the FBI to State more quickly, State would redirect resources from the review of records potentially responsive to Part 2 of the Narrowed FOIA Request to the ongoing review in *Leopold v. DOJ*. *Id.* The parties' agreement further contemplated this Court staying State's obligations under the scheduling order regarding Part 2 of the Narrowed FOIA Request. *Id.* ¶ 3.

4.	On September 30, 2016, the Court entered an order reflecting the parties' agreement. (ECF No. 76) That order specified that a stay of State's obligations under the scheduling order regarding Part 2 would take effect "upon entry of an order in *Leopold v. DOJ*, 15-cv-2117 (Moss, J.) requiring State to aspire to review each month a minimum of 1,850 pages of documents from the information provided to State by the FBI." *Id.* On October 3, 2016, Judge Moss entered such an order.[1] *See* Order, *Leopold v. DOJ*, 15-cv-2117 (ECF No. 26)

---

[1] Judge Moss's order requires that, for each document reviewed, State "shall do one of the following: (1) determine that the document is not responsive to Leopold's request in this case;

("Scheduling Order in 15-cv-2117").  Accordingly, State's obligation to review records responsive to Part 2 of the Narrowed FOIA Request is currently stayed.

## ESTIMATED COMPLETION DATE

5.   The Scheduling Order in 15-cv-2117 requires State to review 1,850 pages of documents from the information provided to State by the FBI "*in addition* to the pages [State] must review in accordance with the Minute Order entered by Judge Boasberg on September 23, 2016, in the case *Judicial Watch v. State*, 15-cv-687."  Scheduling Order in 15-cv-2117 at 1-2.  The order in 15-cv-687 requires State to process an additional 500 pages per month from the information provided by State to the FBI.  Minute Order of Sep. 23, 2016, *Judicial Watch v. State*, 15-cv-687 (Boasberg, J.); *see also* Minute Orders of Nov. 7, 2016 & Apr. 4, 2017, *Judicial Watch*, 15-cv-687 (each continuing the rate of 500 pages per month).

6.   In the parties' previous status report, State estimated that the production in 15-cv-2117 that is relevant to this case will be completed by October 4, 2018.  Joint Status Report ¶ 7, Dec. 1, 2017 (ECF No. 81).

7.   State has continued to meet or exceed the pages-per-month requirements established in 15-cv-687 and 15-cv-2117 each month since the parties last status report.  State therefore continues to estimate that the production in 15-cv-2117 that is relevant to this case will be completed by October 4, 2018.

---

(2) refer the document to another agency for consultation; or (3) produce the document, with appropriate redactions, to Leopold."  Order at 2, *Leopold v. DOJ*, 15-cv-2117 (ECF No. 26).  This language closely parallels this Court's various orders regarding review of documents potentially responsive to Part 2 of the Narrowed FOIA Request.  *See, e.g.*, Order at 1 (ECF No. 64).

| | |
|---|---|
| Date: August 17, 2018 | Respectfully submitted, |
| */s/ Ryan S. James* | CHAD A. READLER |
| RYAN S. JAMES | Acting Assistant Attorney General |
| D.C. Bar #496272 | |
| 5208 Capricorn Loop | MARCIA BERMAN |
| Killeen, TX 76542 | Assistant Branch Director |
| (254) 289-7459 | |
| RSJamesLaw@gmail.com | */s/ Robert J. Prince* |
| | ROBERT J. PRINCE (D.C. Bar No. 975545) |
| JEFFREY L. LIGHT | United States Department of Justice |
| D.C. Bar #485360 | Civil Division, Federal Programs Branch |
| 1712 Eye St., NW | 20 Massachusetts Ave., N.W. |
| Suite 915 | Washington, DC 20530 |
| Washington, DC 20006 | Tel: (202) 305-3654 |
| (202) 277-6213 | robert.prince@usdoj.gov |
| jeffrey@lawofficeofjeffreylight.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |