# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>　　　*Plaintiff*,<br><br>　　　　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　*Defendant*. | Civil Action No. 15-cv-123 (RC) |

## DEFENDANT'S STATUS REPORT

Defendant U.S. Department of State ("State") respectfully submits this status report on the status of State's processing of documents potentially responsive to part 2 of the narrowed FOIA request. *See* Order of October 25, 2018 (ECF No. 85) ("Scheduling Order"), as modified by the Court's Order of January 22, 2019 (ECF No. 89).

## PROCESSING OF RECORDS

1.　The Scheduling Order imposes a production schedule regarding State's processing of documents identified by State as potentially responsive to part 2 of the Narrowed FOIA Request, which seeks all records from the files of several named former State Department officials related to 11 enumerated topics.  That order requires State to aspire to review a minimum of 2,200 pages per month, with the due dates on the first business day on or after the 28th day of each month.  For each document reviewed, State is to "(1) determin[e] that it is not responsive to the request; (2) refer[ ] the document to another agency for consultation; or (3) produc[e] the document (with redactions, if appropriate) to Plaintiff." Sched. Order at 1.  The Scheduling Order further requires State to file a status report within one week of each production, informing the Court of the number of pages produced.

2.  State exceeded the goal set forth in the Scheduling Order. In the month preceding November 28, 2019, State processed 2,473 pages. On December 2, 2019, State notified Plaintiff's counsel, via electronic mail, that nine responsive records totaling 43 pages were found among the records processed in the preceding month. Two were produced in full, and 7 with redactions pursuant to relevant FOIA exemptions. The remaining pages were not responsive to the FOIA request. The documents reviewed during that period were found during a search of Huma Abedin's state.gov email account for documents potentially responsive to the "Osama Bin Laden hunt" topic identified by Plaintiff.

3.  As of November 28, 2019, State has processed a total of 170,018 pages of documents potentially responsive to part 2 of the Narrowed FOIA Request.

Date: December 6, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

 */s/ Robert J. Prince*
ROBERT J. PRINCE
D.C. Bar No. 975545
Senior Trial Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11010
Washington, DC 20005
Tel: (202) 305-3654
Email: robert.prince@usdoj.gov

*Counsel for Defendant*