UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 15-cv-123 (RC) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's April 6, 2020 and June 1, 2020 Minute Orders staying these proceedings, Defendant submits the following status report and recommends that the Court continue the stay over these proceedings. The circumstances described in Defendant's motion to stay and supporting declaration, *see* ECF Nos. 104, 105, have not materially changed in a manner that would allow the Department of State (the "Department" or "State") to resume the processing of this case.

In its latest Status Report dated December 2, 2020, State reported that in light of rising COVID-19 cases across the country, it was reverting to a more restrictive telework-maximizing policy and was directing employees to only come to the office to perform duties that cannot be accomplished while teleworking. Less than three weeks later, on December 21, 2020, the Department announced that it was officially regressing to Phase One of its three-phase reopening plan, until January 18, 2021. Phase One requires that offices maximize telework.

As Defendant has stated in its prior Status Reports, the full FOIA litigation processing staff assigned to this case still have not returned onsite. Only one of the initial reviewers for

1

Plaintiff's FOIA request has returned onsite on a part-time basis, and neither the analyst nor the senior reviewer have returned.[1]  Additionally, the Department expects that its regression to Phase One will further constrain its already limited ability to process its FOIA litigation cases, including this case.  As Defendant previously explained, the records potentially responsive to Plaintiff's request are housed on a document review platform called FREEDOMS2 that is operated exclusively on Defendant's classified computer network not accessible remotely.

The Department also reported in a prior Status Report that, earlier this winter, it initiated a plan aimed at migrating unclassified documents previously being processed on the FREEDOMS2 platform to the FOIAXpress platform, which is accessible remotely.  However, the Department has encountered a number of significant difficulties and delays while working to roll out this transfer effort.  As a result, the Department cannot currently estimate if or when a transfer will be feasible in this case, though it does anticipate that no such a transfer will be possible for at least the next few months.

Defendant also noted previously that the parties re-started negotiations to narrow the universe of outstanding potentially responsive documents, which they began prior to the COVID-19 pandemic.  Those negotiations remain pending, but due to the unavailability of key personnel onsite—a factor that has been exacerbated by State's regression to Phase One—the Department currently can neither evaluate the feasibility of the narrowing proposal offered by Plaintiff nor determine the impact of that proposal on the outstanding universe of potentially

---

[1] Defendant typically assigns two or more FOIA reviewers and an analyst to FOIA requests in litigation.  The reviewers are primarily responsible for reviewing and processing the documents for responsiveness and exemptions, though in particularly complex cases, such as this one, the Department will also assign both initial and senior reviewers in order to conduct two levels of review for responsiveness and exemptions.  The analyst is responsible for, among other things, compiling documents, providing them to the reviewers, coordinating their responses, obtaining required external clearances, and assembling the final production package.

responsive documents.  Once such personnel are able to return in-person to the office, Defendant intends at that time to determine the feasibility of Plaintiff's proposal and confer with Plaintiff as to next steps.

Defendant proposes to file another status update by February 2, 2021, providing a further update on its FOIA processing capabilities and onsite capacity.  If Defendant's ability to process Plaintiff's FOIA request or resume narrowing negotiations materially changes before February 2, Defendant will file a status report sooner to update the Court.

Respectfully submitted this 5th day of January, 2021.

                JEFFREY BOSSERT CLARK
                Acting Assistant Attorney General

                MARCIA BERMAN
                Assistant Branch Director, Federal Programs Branch

                /s/ Michael L. Drezner
                MICHAEL L. DREZNER (VA Bar No. 83836)
                Trial Attorney
                United States Department of Justice
                Civil Division, Federal Programs Branch
                Tel: (202) 514-4505
                Fax: (202) 616-8470
                Email: Michael.L.Drezner@usdoj.gov

                Attorney for Defendant.