UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> *Defendant*. | Civil Action No. 15-cv-123 (RC) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's April 5, 2021 Minute Order, Defendant the U.S. Department of State (the "Department" or "State") submits the following status report.

Although State's Washington, D.C. offices remain in Phase One of their three-phased approach for the resumption of normal activities—which has resulted in a continued scarcity of on-site personnel, ongoing difficulties accessing classified systems, reduced reviewer availability, and delays in both the internal and external clearance process—the Department has resumed processing in this case and on May 5 and June 4, 2021 made productions of non-exempt, responsive documents.

The Department reviewed more than 2,200 pages of potentially responsive material, the prior court-ordered processing requirement, in connection with its May 5, 2021 production and released 63 pages of responsive material, in full or in part. The Department reviewed approximately 1,000 pages of potentially responsive material in connection with its June 4, 2021 production and released 37 pages of responsive material, in full or in part. Despite the ongoing operational limitations imposed by the pandemic, the Department will continue making monthly

rolling productions—with the next such production to occur on July 6, 2021, in light of the July 4th holiday—and anticipates completing all outstanding productions in this case on or before August 3, 2021, the date of the next court-ordered status report.

Respectfully submitted this 4th day of June, 2021.

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        MARCIA BERMAN
        Assistant Branch Director, Federal Programs Branch

        /s/ Michael L. Drezner
        MICHAEL L. DREZNER (VA Bar No. 83836)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        Tel: (202) 514-4505
        Fax: (202) 616-8470
        Email: Michael.L.Drezner@usdoj.gov

        Attorney for Defendant.