# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 15-cv-123 (RC) |

## JOINT STATUS REPORT

In the parties' status report of October 1, 2021, ECF No. 121, the parties informed the Court that Defendant has completed processing Plaintiff's FOIA request, and that Plaintiff does not intend to challenge the adequacy of Defendant's search or any withholdings. Since the last status report, ECF No. 124, the parties have been conferring on settlement of Plaintiff's claim for attorney's fees but require additional time to determine whether settlement is feasible. Accordingly, the parties propose filing a further Joint Status Report by May 27, 2022, updating the Court as to the status of the parties' discussions, unless a stipulation of dismissal has been filed before that date.

Respectfully submitted this 1st day of April, 2022.

          BRIAN M. BOYNTON
          Principal Deputy Assistant Attorney General

          MARCIA BERMAN
          Assistant Branch Director, Federal Programs Branch

          /s/ Michael L. Drezner
          MICHAEL L. DREZNER (VA Bar No. 83836)
          Trial Attorney
          United States Department of Justice
          Civil Division, Federal Programs Branch
          1100 L. Street NW, Rm. 12210
          Washington, DC 20005
          Tel: (202) 514-4505
          Fax: (202) 616-8470
          Email: Michael.L.Drezner@usdoj.gov

          Attorney for Defendant.

          /s/ Jeffrey L. Light
          JEFFREY L. LIGHT (DC Bar No. 485360)
          Law Office of Jeffrey L. Light
          1629 K St., NW
          Suite 300
          Washington, DC 20006
          Tel: (202) 277-6213
          Email: Jeffrey@LawOfficeOfJeffreyLight.com

          Attorney for Plaintiff.