# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>        Defendant. | Case No. 15-CV-123 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree to dismiss this action with prejudice.

SO STIPULATED AND AGREED THIS 23rd Day of May, 2022.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    MARCIA BERMAN
    Assistant Branch Director, Federal Programs Branch

    /s/ Michael Drezner_____
    MICHAEL L. DREZNER (VA Bar No. 83836)
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L. Street NW, Rm. 12210
    Washington, DC 20005
    Tel: (202) 514-4505
    Fax: (202) 616-8470
    Email: Michael.L.Drezner@usdoj.gov

*Counsel for Defendant.*

*/s/* Ryan S. James
RYAN S. JAMES
D.C. Bar #496272
5208 Capricorn Loop
Killeen, TX 76542
(202) 669-3146
RSJamesLaw@gmail.com

*/s/* Jeffrey L. Light

JEFFREY L. LIGHT
D.C. Bar #485360
1629 K St., NW
Suite 300
Washington, DC 20006
(202) 277-6213
jeffrey@lawofficeofjeffreylight.com

*Counsel for Plaintiff.*